AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

_____ District of Connecticut _____

United States of America
v.
Luis Cirino

)
)
)
)
)
)
)

Case No:   3:06cr261(EBB)

USM No:   **16932-014**

*FILED*
*15 JAN 23 PM 1 24*
*DISTRICT COURT*

Deirdre Murray
*Defendant's Attorney*

Date of Original Judgment:                    April 27, 2007
Date of Previous Amended Judgment: April 7, 2008
*(Use Date of Last Amended Judgment if Any)*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

          DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in*
*the last judgment issued)* of _____ 135 _____ months **is reduced to** _____ 120 MONTHS _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   April 7, 2008 _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: _____ 1/21/15 _____                         /s/ _____
                                                                                                    *Judge's signature*

Effective Date:   November 1, 2015 _____                 ELLEN BREE BURNS, SR. U.S.D.J.
                     *(if different from order date)*                              *Printed name and title*